UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------

LEVERAGED INNOVATIONS, LLC,

                       Plaintiff,

    -against-

NASDAQ OMX GROUP, INC., et al.

                       Defendants.

11 Civ. 03203 (RJH)

**ORDER**

------------------------------------------------

Upon motion [33] of defendant ProShares Advisors LLC pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, it is hereby ordered that Henry Y. Huang is admitted *pro hac vice* for the purposes of the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov. If counsel has not already forwarded the *pro hac vice* fee to the Clerk of the Court, he is directed to do so upon receipt of this Order.

SO ORDERED.

Dated: New York, New York
       August 19, 2011

                                                  Richard J. Holwell
                                                  United States District Judge